■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY DOYLE, Appellant, v MARVIN FISCHER, Respondent.—Appeal from judgment, Supreme Court, New York County (George Roberts, J.), entered August 19, 1988, dismissing relator's petition for a writ of habeas corpus, dismissed as moot. On June 15, 1989, while this appeal was pending, defendant was released on his own recognizance. Murphy, P. J., Kupferman, Asch, Wallach and Rubin, JJ.